IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID PETERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3178 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | ORDER ON DEFENDANT'S MOTION |
| Social Security, | ) | FOR EXTENSION OF TIME TO RESPOND |
| | ) | TO PLAINTIFF'S BRIEF |
| Defendant. | ) | |
| | ) | |

  IT IS ORDERED that the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 16, is granted and the defendant's brief shall be filed and served on or before February 6, 2009, with the plaintiff's reply brief, if any, filed and served within a week thereafter.

  Dated January 12, 2008.

            BY THE COURT

            s/ Warren K. Urbom
            United States Senior District Judge