IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID PETERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3178 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | MEMORANDUM AND ORDER ON PLAINTIFF'S APPLICATION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 16, 2009, the plaintiff filed an application for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (See filing 32.) The application will be denied without prejudice.

A party seeking fees pursuant to the EAJA must submit an application "within thirty days of final judgment in the action." 28 U.S.C. § 2412(d)(1)(B). The term "final judgment" is defined as "a judgment that is final and not appealable." 28 U.S.C. § 2412(d)(2)(G). Because the February 23, 2009, judgment has been appealed to the Eighth Circuit Court of Appeals, (see filing 30), and because that appeal is pending, the judgment is not "final." I find, therefore, that the plaintiff's June 16 application for attorney fees was filed prematurely.

**IT IS ORDERED** that the plaintiff's application for attorney fees under the Equal Access to Justice Act, filing 32, is denied without prejudice.

Dated July 6, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge